IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM SOLOMON LEWIS,<br>Petitioner, | : | 3:14-cv-2325 |
| v. | : | (Judge Mariani) |
| WARDEN, U.S.P. CANAAN,<br>Respondent. | : | |

## ORDER

**AND NOW**, this 29th day of June, 2015, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** Petitioner's motion, (Doc. 8), is **DENIED WITHOUT PREJUDICE**.

Robert D. Mariani
United States District Judge